**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Lisa Williams as Attorney-in-Fact for Warran Jenkins, | : | CIVIL ACTION |
| | : | |
| | : | NO.: 2:25-cv-6190 |
| Plaintiffs, | : | |
| | : | |
| v. | : | **PRAECIPE TO WITHDRAW** |
| | : | **DEFENDANTS' PETITION FOR** |
| CH Operating, LLC d/b/a Chestnut Hill | : | **REMOVAL** |
| Lodge Health and Rehabilitation Center, | : | |
| CH Operating Holdings, LLC, Premier | : | |
| Healthcare Management, LLC, Crestview | : | |
| 360 Holdings, LLC, Crestview 720 Trust, | : | |
| Wyndmor PA Realty, LLC, Jonathan | : | |
| Bleier, Vincent Rupert, NHA | : | |
| | : | |
| Defendants. | | |

## PRAECIPE TO WITHDRAW DEFENDANTS' PETITION FOR REMOVAL

TO THE DEPARTMENT OF COURT RECORDS:

Kindly withdraw Defendants' Petition for Removal that was electronically filed with the Court on October 30, 2025, on behalf of Defendants, CH Operating, LLC d/b/a Chestnut Hill Lodge Health and Rehabilitation Center; CH Operating Holdings, LLC; Premier Healthcare Management, LLC; Crestview 360 Holdings, LLC; Crestview 720 Trust; Wyndmor PA Realty, LLC; Jonathan Bleier; and Vincent Rupert, NHA.

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By: *Michelle D. Kaminski*
        Melissa J. Brown, Esquire
        Michelle D. Kaminski, Esquire
        Attorney for Defendants,
        *CH Operating, LLC d/b/a Chestnut Hill*
        *Health and Rehabilitation Center, CH Operating*
        *Holdings, LLC, Premier Healthcare Management,*

*LLC, Crestview 360 Holdings, LLC, Crestview 720 Trust, Wyndmor PA Realty, LLC, Jonathan Bleier, Vincent Rupert*

Date: November 6, 2025

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Lisa Williams as Attorney-in-Fact for Warran Jenkins, | : | CIVIL ACTION |
| | : | |
| | : | NO.: 2:25-cv-6190 |
| Plaintiffs, | : | |
| | : | |
| v. | : | **PRAECIPE TO WITHDRAW** |
| | : | **DEFENDANTS' PETITION FOR** |
| CH Operating, LLC d/b/a Chestnut Hill | : | **REMOVAL** |
| Lodge Health and Rehabilitation Center, | : | |
| CH Operating Holdings, LLC, Premier | : | |
| Healthcare Management, LLC, Crestview | : | |
| 360 Holdings, LLC, Crestview 720 Trust, | : | |
| Wyndmor PA Realty, LLC, Jonathan | : | |
| Bleier, Vincent Rupert, NHA | : | |
| | : | |
| Defendants. | | |

## CERTIFICATE OF SERVICE

I certify that on this 6th day of November, 2025, Defendants' Praecipe to Withdraw the

Petition for Removal was electronically filed and available for viewing and downloading from the

ECF system.

**GORDON REES SCULLY MANSUKHANI, LLP**

By: *Michelle D. Kaminski*
Melissa J. Brown, Esquire
Attorney for Defendants,
*CH Operating, LLC d/b/a Chestnut Hill Lodge
Health and Rehabilitation Center, CH Operating
Holdings, LLC, Premier Healthcare Management,
LLC, Crestview 360 Holdings, LLC, Crestview 720
Trust, Wyndmor PA Realty, LLC, Jonathan Bleier,
Vincent Rupert*

Date: November 6, 2025