**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

LISA WILLIAMS AS ATTORNEY-IN-  :  CIVIL ACTION
FACT FOR WARRAN JENKINS
                                :
          v.                    :  NO. 25-6190
CH OPERATING, LLC d/b/a         :
CHESTNUT HILL LODGE HEALTH      :
AND REHABILITATION CENTER, CH   :
OPERATING HOLDINGS, LLC,        :
PREMIER HEALTHCARE              :
MANAGEMENT, LLC, CRESTVIEW      :
360 HOLDINGS, LLC, CRESTVIEW    :
720 TRUST, WYNDMOR PA REALTY,   :
LLC, JONATHAN BLEIER, VINCENT   :
RUPERT, NHA                     :

## ORDER

**AND NOW**, this 7th day of November 2025, upon considering Defendants' withdrawal (ECF 6) of its Notice of removal (ECF 1) responsive to our October 31, 2025 Order (ECF 5), and finding we lack an independent basis to exercise federal question subject matter jurisdiction, and for good cause, it is **ORDERED** the Clerk of Court shall **forthwith REMAND** this case to the Prothonotary of the Court of Common Pleas of Philadelphia County at No. 250902124 and **CLOSE** this matter in this Court.

_____
**KEARNEY, J.**